

Thomas A. Leghorn
212.915.5234 (direct)
Thomas.Leghorn@wilsonelser.com

April 17, 2013

By e-File

Clerk of the Court
United States Court of Appeals for the 2nd Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

    Re:  Kenneth W. Jones et al. v. Midland Credit Management, Inc.
          2nd Circuit Case No.: 12-4409cv
          District Court Docket No.: 3:08-cv-801 (RNC)
          Our File No: 10907.00089

Dear Clerk of the Court:

    I represent the defendants-appellants in the captioned matter.

    Please accept this letter as the reinstatement notice of the appeal as set forth within the parties' stipulation of March 27, 2013 and this Court's order of March 29, 2013.

    As the parties have advised, a tentative settlement of this class action has been reached but it requires the approval of the District Judge. Accordingly, a motion for remand under FRAP 12(b) will be submitted to permit the District Court to consider a motion to approve the tentative settlement while this Court retains jurisdiction of the appeal in the event the settlement is not approved.

Respectfully submitted,

Wilson Elser Moskowitz Edelman & Dicker LLP

Thomas A. Leghorn

Enclosure

cc:  By ECF:
      Joanne S. Faulkner, Attorney
      123 Avon Street
      New Haven CT 06511
      By e-mail: j.faulkner@snet.net

150 East 42nd Street • New York, NY 10017 • p 212.490.3000 • f 212.490.3038

Albany • Baltimore • Boston • Chicago • Connecticut • Dallas • Denver • Garden City • Houston • Las Vegas • London • Los Angeles • Louisville • McLean
Miami • New Jersey • New York • Orlando • Philadelphia • San Diego • San Francisco • Washington, DC • West Palm Beach • White Plains
Affiliates: Berlin • Cologne • Frankfurt • Munich • Paris
wilsonelser.com

5492709v.1



Jim Francis
Francis & Mailman, P.C.
19th Floor
100 S. Broad Street
Philadelphia, PA 19110

Noah Axler
Donovan Searles
1845 Walnut St.
Suite 1100
Philadelphia, PA 19103